Robert C. Moest, Of Counsel, SBN 62166
**THE BROWN LAW FIRM, P.C.**
2530 Wilshire Boulevard, Second Floor
Santa Monica, CA 90403
Telephone: (310) 915-6628
Facsimile: (310) 915-9897
Email: RMoest@aol.com

*Counsel for Plaintiff Yashasvi Patel*

[Additional counsel on signature page]

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASHASVI PATEL, derivatively on behalf of CONTEXTLOGIC INC., <br><br> Plaintiff, <br><br> v. <br><br> PIOTR SZULCZEWSKI, RAJAT BAHRI, BRETT JUST, JULIE BRADLEY, ARI EMANUEL, JOE LONSDALE, JACQUELINE RESES, TANZEEN SYED, STEPHANIE TILENIUS, and HANS TUNG, <br><br> Defendants, <br><br> and <br><br> CONTEXTLOGIC INC., <br><br> Nominal Defendant. | Case No.: 3:21-cv-06281-CRB <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO STAY DERIVATIVE ACTION** |

1    WHEREAS, on August 13, 2021, plaintiff Yashasvi Patel ("Plaintiff") initiated the above-captioned action (the "Derivative Action") by filing a verified shareholder derivative complaint in this Court on behalf of nominal defendant ContextLogic Inc. ("ContextLogic") against certain of the current and former officers and directors of ContextLogic (the "Individual Defendants," and together with ContextLogic, the "Defendants"; Plaintiff and Defendants, the "Parties");

WHEREAS, on November 29, 2021, the Court issued an order, based on the Parties' stipulation, setting deadlines of February 18, 2022 for Defendants' response to the complaint and April 29, 2022 for the Parties' submission of a Joint Case Management Statement (ECF No. 13);

WHEREAS, counsel for the Parties have conferred regarding the status of this litigation;

WHEREAS, the Derivative Action involves some of the same parties and factual allegations as three related federal securities fraud class actions pending before the Court, captioned *Hoang v. ContextLogic, Inc. et al.*, No. 3:21-cv-03930; *Asmat v. ContextLogic, Inc. et al.*, No. 3:21-cv-05015; and *Lam v. ContextLogic Inc. et al.*, No. 3:21-cv-05411, which the Parties anticipate will be consolidated (the "Securities Class Action");

WHEREAS, the Parties anticipate that the defendants in the Securities Class Action will move to dismiss the claims in the Securities Class Action; and

WHEREAS, based upon the overlapping parties and factual allegations contained in the Derivative Action and the Securities Class Action, and to avoid the unnecessary expenditure of judicial resources, the Parties have agreed, subject to this Court's approval, to temporarily stay the Derivative Action until the resolution of defendants' anticipated motion(s) to dismiss in the Securities Class Action.

NOW, THEREFORE, the Parties hereby stipulate and agree, subject to approval of the Court, as follows:

1.   All proceedings in the Derivative Action will be stayed until resolution of

defendants' anticipated motion(s) to dismiss in the Securities Class Action.

2. Defendants shall promptly notify Plaintiff of any derivative actions that contain substantially similar factual allegations and claims as the Derivative Action (each a "Related Derivative Action").

3. Defendants shall promptly notify Plaintiff if any Related Derivative Action is not stayed.

4. In the event any Related Derivative Action is not stayed for the same duration of time as that set forth in this Stipulation, Plaintiff has the option to lift the stay upon thirty (30) days written notice to Defendants' undersigned counsel via email.

5. During the stay, Plaintiff may file an amended complaint, but Defendants need not answer, move, or otherwise respond to any amended complaint filed in the Derivative Action while the proceedings are stayed.

6. Within thirty (30) days after the stay is lifted, the Parties shall meet and confer and submit to the Court a proposed scheduling order governing further proceedings in the Derivative Action.

7. All deadlines, hearings, and trial setting will be postponed until after the stay is lifted.

**IT IS SO STIPULATED.**

Dated: December 29, 2021

Respectfully submitted,

**THE BROWN LAW FIRM, P.C.**

By: /s/ Robert C. Moest
Robert C. Moest, Of Counsel (SBN 62166)
2530 Wilshire Boulevard, Second Floor
Santa Monica, California 90403
Telephone: (310) 915-6628
Facsimile: (310) 915-9897
Email: RMoest@aol.com

**THE BROWN LAW FIRM, P.C.**
Timothy Brown

JOIN STIPULATION AND [PROPOSED] ORDER    -3-    Case No.: 3:21-cv-06281-CRB
TO STAY DERIVATIVE ACTION

767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

*Counsel for Plaintiff*

Dated: December 29, 2021

**GIBSON, DUNN & CRUTCHER LLP**

By: */s/ Brian M. Lutz*
Brian M. Lutz
Michael J. Kahn
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: (415) 393-8379
Facsimile: (415) 374-8474
Email: BLutz@gibsondunn.com
Email: MJKahn@gibsondunn.com

*Counsel for Defendants*

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3), all signatories concur in filing this stipulation.

Dated: December 29, 2021

*/s/ Robert C. Moest*
Robert C. Moest

\* \* \*

**[PROPOSED] ORDER**

IT IS SO ORDERED.

DATED: _____

_____
The Honorable Charles R. Breyer
United States District Judge